IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDREW RUSSELL MOORE, SR.,

    Plaintiff,
v.                                                          CASE NO. 1:13-cv-144-MP-GRJ

SCOTTY ESPENSHIP CARTER,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

The Court ordered Plaintiff to amend his complaint and either pay the $400 filing fee or file an amended motion for leave to proceed as a pauper on or before October 3, 2013. (Doc. 4.) Plaintiff did not comply, and the Court ordered Plaintiff to show cause on or before October 21, 2013, as to why this case should not be dismissed for failure to prosecute and failure to comply with an order of the Court. (Doc. 5.) As of the date of this Report and Recommendation, Plaintiff has failed to respond to the show cause order and has failed to file an amended complaint as instructed.

Accordingly, it is respectfully **RECOMMENDED** that this case should be dismissed for failure to prosecute and for failure to follow an order of the Court.

**IN CHAMBERS** this 28th day of October 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**
**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**