IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDREW RUSSELL MOORE, SR,

    Plaintiff,

v.                                CASE NO. 1:13-cv-00144-MP-GRJ

SCOTTY ESPENSHIP CARTER,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 28, 2013. (Doc. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Indeed, plaintiff has not responded to court orders and has not updated his address with the Court. Therefore, having considered the Report and Recommendation, it is hereby

    **ORDERED AND ADJUDGED:**

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     This case is dismissed for failure to prosecute and to follow the orders of the Court.

    **DONE AND ORDERED** this _10th_ day of January, 2014

                                              *s/Maurice M. Paul*
                                           Maurice M. Paul, Senior District Judge